USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-21-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
RONALD J. KEILLY,                  :
                   Plaintiff,      :   06 Civ. 9420 (BSJ)(HBP)
    -against-                      :   MEMORANDUM OPINION
                                       AND ORDER
LAIDLAW & CO. (UK), LTD., et al.,  :
                   Defendants.     :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

Defendants Steven and Martin Sands' application to compel plaintiff's counsel to provide notice of the discovery being conducted by plaintiff's counsel in connection with his supplementary proceedings in New York State Supreme Court to enforce a judgment against Sands Brothers & Co., Ltd. is denied.

It appears that Sands Brothers & Co., Ltd. is owned by Steven and Martin Sands, and it further appears that the burden on Steven and Martin Sands of seeking copies of discovery requests from counsel for Sands Brothers & Co., Ltd. as it is for plaintiff's counsel to send copies of discovery requests to counsel for Steven and Martin Sands in this action. Since Steven and Martin Sands can obtain notice of the discovery proceedings on their own and since the burden on Steven and Martin Sands of learning of the discovery proceedings through their own efforts is the same as the burden on plaintiff's counsel of providing

notice, there is no reason to shift that burden to plaintiff's counsel.

Dated:  New York, New York
        March 21, 2007

                                        SO ORDERED

                                        _____
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

Leslie Trager, Esq.
230 Park Avenue
New York, New York  10169

David Cohen, Esq.
575 Madison Avenue
New York, Ne York  10022

Tamar Duvdevani, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, New York  10022-7001